IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIAN XUE,<br><br>        Defendant. | CRIMINAL ACTION<br>NO. 16-22-4 |

# **ORDER**

**AND NOW**, this 6th day of July 2018, upon consideration of Defendant Tian Xue's Motion to Suppress Statements and Incorporated Memorandum of Points and Authorities (Doc. No. 162), the Government's Response to Defendant's Motion to Suppress (Doc. No. 169), the arguments of counsel for the parties at the April 30, 2018 hearing on all pre-trial motions, the Exhibits filed by the Government (Doc. Nos. 169-1; 186, Ex. A), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant Tian Xue's Motion to Suppress (Doc. No. 162) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.